IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:18-CR-017-FDW-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| RUSSELL THOMAS MELILLO, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To File Attachment Under Seal" (Document No. 44) filed July 21, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Attachment 1 to the United States' Response In Opposition To Defendant's Motion For Compassionate Release contains sensitive and private information that is inappropriate for public access, namely, medical records. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To File Attachment Under Seal" (Document No. 44) is **GRANTED**, and Attachment 1 to the "United States' Response In Opposition To Defendant's Motion For Compassionate Release" (Document No. 43-1) is sealed until further Order of this Court.

Signed: July 22, 2020

David C. Keesler
United States Magistrate Judge